ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CV-01335-CKD |
| Plaintiff, | ORDER PERMITTING DIRECT NOTICE OF COMPLAINT FOR FORFEITURE BY EMAIL |
| v. | |
| APPROXIMATELY 0.5 BITCOIN, AND | |
| APPROXIMATELY 0.54235139 BITCOIN, | |
| Defendants. | |

Pursuant to the Government's *Ex Parte* Motion for Order Permitting Direct Notice of Complaint for Forfeiture by Email, the Court finds that there is good cause to permit direct notice via email of the Verified Complaint for Forfeiture *In Rem* and the Warrant for Arrest *In Rem* to potential claimants, who have been identified as the ChangeNOW swap transaction owners from which the defendant cryptocurrency was seized.

IT IS SO ORDERED.

Dated: October 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE