IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 0.5 BITCOIN, AND

APPROXIMATELY 0.54235139 BITCOIN,

Defendants.

2:25-CV-01335-CKD

ORDER AND FINDINGS AND RECOMMENDATIONS

This matter came before the Honorable Magistrate Judge Carolyn K. Delaney on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant cryptocurrency to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed May 9, 2025.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Dmitriev Kojevnikov, Aleksandrov Novikov, and David Jenkins.

////

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Dmitriev Kojevnikov, Aleksandrov Novikov, and David Jenkins received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

In accordance with the above,

IT IS ORDERED that the Clerk of the Court shall assign a district judge to this case.

In addition, IT IS RECOMMENDED as follows:

1. That Dmitriev Kojevnikov, Aleksandrov Novikov, and David Jenkins be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Dmitriev Kojevnikov, Aleksandrov Novikov, and David Jenkins in the defendant cryptocurrency referenced in the above caption; and

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant cryptocurrency to the United States, to be disposed of according to law.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 30, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 usa25cv1335.fr