UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 0.5 BITCOIN, et al.,

Defendants.

No. 2:25-cv-01335-WBS-CKD

ORDER

This matter was referred to a United States Magistrate Judge. On October 30, 2026, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 17) are adopted in full.
2. Dmitriev Kojevnikov, Aleksandrov Novikov, and David Jenkins are held in default.
3. A judgment by default is hereby entered against any right, title, or interest of Dmitriev Kojevnikov, Aleksandrov Novikov, and David Jenkins in the defendant

cryptocurrency referenced in the above caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant cryptocurrency to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

6. The Clerk of the Court is directed to close this case.

Dated: November 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8 usa1335.jo